IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| NOREL STERLING WARD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:23cv00198 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| MATTHEW MCCALL, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |        United States District Judge |
| Defendants. | ) | |

Plaintiff Norel Sterling Ward, proceeding *pro se*, filed this civil action under 42 U.S.C. §1983. By order entered April 5, 2023, the court advised Ward that his complaint was not signed, as required by Rule 11 of the Federal Rules of Civil Procedure. (ECF No. 7.) The court directed Ward to submit a signed copy of the complaint within 30 days and warned him that failure to submit a signed complaint would result in dismissal of this action. (*Id.*)

More than 30 days have passed, and, to date, Ward has not submitted a signed copy of the complaint. Accordingly, the court will dismiss this action without prejudice. Ward may refile the claims in a separate action, subject to the applicable statute of limitations, once he is prepared to comply with the noted deficiency.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Ward.

**ENTERED** this 16th day of May, 2023.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE